AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Mississippi

| | | |
|---|---|---|
| United States of America<br>v.<br>EVER OSVELY GOMEZ-GOMEZ<br>a/k/a Ever Osveli Gomez-Gomez<br>a/k/a Eber Gomez-Gomez<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No.<br>1:25-mj- 170-BWR |

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
OCT 15 2025
ARTHUR JOHNSTON
BY _____ DEPUTY

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __October 14, 2025__ in the county of __Hancock__ in the __Southern__ District of __MS, Southern Division__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Unlawful Return to the United States by an Alien After Deportation or Removal |

This criminal complaint is based on these facts:

See Affidavit attached hereto and incorporated herein.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Joe W. Holman, Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/15/2025

_____
*Judge's signature*

City and state: Gulfport, Mississippi

Bradley W. Rath, United States Magistrate Judge
*Printed name and title*

# AFFIDAVIT

STATE OF MISSISSIPPI          )
COUNTY OF HARRISON           )
SOUTHERN DISTRICT OF MISSISSIPPI  )

I, Joe W. Holman, being first duly sworn, hereby depose and say that:

1. I am a Border Patrol Agent (BPA) of the United States Border Patrol (USBP), currently located at 10400 Larkin Smith Drive, Gulfport, Mississippi. I am a graduate of the U.S. Border Patrol Academy and have been an Agent in the Border Patrol since on or about April 28, 2019. I have approximately 16 years of experience as a law enforcement officer, with six of those years as a BPA. As part of my official duties as a BPA, I am authorized and assigned to investigate violations of the immigration laws as well as other criminal statutes of the United States.

2. On or about October 14, 2025, at approximately 7:00 a.m., a BPA was conducting highway patrol operations in Hancock County. The BPA identified a tan 2003 Toyota Corolla bearing a certain Texas license plate number driving eastbound on Interstate 10. The BPA conducted record checks on the license plate which returned with a registered owner by the name of Ever Osvely Gomez-Gomez, a suspected illegal alien.

3. The BPA initiated a vehicle stop with emergency lights and siren, and the vehicle yielded eastbound on Interstate 10 in Hancock County, in the Southern Division of the Southern District of Mississippi. The BPA approached the vehicle wearing his service issued body armor, with USBP badge and law enforcement placard clearly visible. The BPA found that there was one occupant in the vehicle, the driver Ever Osvely Gomez-Gomez.

4. Gomez-Gomez was questioned as to his citizenship and admitted to being in the United States without documents to enter or remain legally. He was placed under arrest and transported to

the Gulfport Border Patrol Station for processing using Department of Homeland Security (DHS) computerized database systems.

5. At the Gulfport Border Patrol Station, the Gomez-Gomez's fingerprints were scanned and matched by computer to his fingerprints in his prior immigration and criminal records. His identity as Ever Osvely Gomez-Gomez was positively confirmed based on record checks received through computerized fingerprint analysis, as well as from visual analysis of prior immigration photographs of Gomez-Gomez. While Ever Osvely Gomez-Gomez has been identified as the Immigration and Customs Enforcement (ICE) primary/official name for this defendant, he also has had the following name variations attributed to him: Ever Osveli Gomez-Gomez and Eber Gomez-Gomez.

6. Record checks revealed that Gomez-Gomez initially was ordered removed on or about May 6, 2016, in the State of Texas. Based on the lawful removal order issued in his case, he physically was removed from the United States to his native country of Guatemala, by air, on or about May 12, 2016, through or near Harlingen, Texas.

7. Later, and also in or about 2016, Gomez-Gomez illegally reentered the United States and was arrested again by Immigration Officials. On or about July 26, 2016, his order of removal was reinstated, and he physically was removed from the United States to his native country of Guatemala, by air, on or about July 29, 2016, through or near Valley International Airport, Texas. Additionally, Gomez-Gomez admitted that he illegally reentered the United States, on or about January 15, 2022, and currently resides with his wife and child in Violet, Louisiana.

8. Finally, immigration records revealed that Gomez-Gomez has not received consent or permission to apply for readmission or to legally re-enter the United States, from either the US Attorney General or from the Secretary of Homeland Security. Based on these facts, there is

probable cause to believe that Defendant Ever Osvely Gomez-Gomez knowingly and voluntarily reentered the United States unlawfully in violation of Title 8, United States Code, Section 1326(a) Unlawful Reentry by an Alien to the United States After Deportation or Removal, a Felony.

_____
Joe W. Holman
Border Patrol Agent
United States Border Patrol

Sworn to and subscribed before me, this, the ____15th____ day of October 2025.

_____
Bradley W. Rath
United States Magistrate Judge